

FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0154

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0154

_____

DENIS AGUADO,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 16, 2021 within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 15th day of July, 2021.

For the Court,

By /s/ _____

Chief Justice

FILED

JUL 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana